PURVIS *v.* CALVERT MORTGAGE COMPANY *et al.*

BECK, P. J. This case was submitted to the court upon the pleadings; and under the facts there alleged and shown there was no abuse of discretion upon the part of the judge in appointing a receiver.

*Judgment affirmed. All the Justices concur.*

*H. E. Oxford* and *W. M. Rogers,* for plaintiff in error.